UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| OZ ELS MASTER FUND, LTD., OZ SPECIAL FUNDING (OZMD), L.P., OZ ENHANCED MASTER FUND, LTD., GORDEL CAPITAL LIMITED, OZ GLOBAL EQUITY OPPORTUNITIES MASTER FUND, LTD. (f/k/a OZ EQUITY LONG-SHORT MASTER FUND, LTD.), OZ MASTER FUND, LTD., and OZ GLOBAL SPECIAL INVESTMENTS MASTER FUND, L.P.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES LIMITED, EREZ VIGODMAN, EYAL DESHEH, YAACOV "KOBI" ALTMAN, and SIGURDUR OLAFSSON,<br><br>　　　　　　　　Defendants. | No. 3:17-cv-01314 (SRU)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>AUGUST 29, 2017 |

**JOINT MOTION REGARDING UPCOMING DEADLINES**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, Plaintiffs in the above-captioned action and defendants Teva Pharmaceutical Industries Limited, Erez Vigodman, Eyal Desheh, and Yaacov "Kobi" Altman (together, for these purposes, the "Parties") respectfully submit this agreed-upon joint motion concerning the schedule for upcoming deadlines in this action (the "Individual Action"), including the filing of any amendment and/or response to the Individual Action Complaint. As set forth below, counsel for the Parties have met and conferred and agreed upon a schedule for upcoming deadlines. In support of this motion, undersigned counsel states as follows:

　　　　1.　　By way of background, on August 3, 2017, Plaintiffs filed the Individual Action asserting claims under the federal securities laws. As with the Lead Plaintiff in the related class

action, *Galmi v. Teva Pharmaceutical Industries Ltd., et al.,* Civil Action No. 3:17-cv-00558-SRU ("Class Action"), Plaintiffs assert, among other things, claims against defendants under Sections 11, 12(a)(2), and 15 of the Securities Act of 1933 and Sections 10(b) and 20(a) of the Securities Exchange Act of 1934.

2. Pursuant to the Scheduling Order entered in the Class Action, Lead Plaintiff in the Class Action will file its Consolidated Class Action Complaint on or before September 11, 2017, and briefing on any motions to dismiss the Consolidated Class Action Complaint will be completed on or before December 20, 2017.

3. Counsel for defendants is authorized to accept, and hereby does accept and waive, service of the Summonses and the Individual Action Complaint on behalf of the defendants in the Individual Action, with the exception of defendant Olaffsson.[1]

4. Counsel for the Parties in the Individual Action have met and conferred regarding an appropriate schedule for upcoming deadlines in the Individual Action, and have agreed upon a schedule that they believe promotes judicial efficiency, party economy, and effective case management by, among other things, potentially eliminating the need for duplicative briefing of issues common to the Class Action and the Individual Action. Accordingly, the Parties respectfully request the entry of an order modifying this Court's standing deadlines, which:

a. Defers all deadlines in the Individual Action pending the Court's decision on the motions to dismiss the Consolidated Class Action Complaint, with defendants having no obligation to answer or otherwise respond to the Individual Action Complaint at this time and the Parties having no obligation at this time to file a Local Rule 26(f) Report of Parties Planning Meeting; and

---

[1] The undersigned counsel does not have authorization at this time to accept service on behalf of Mr. Olafsson.

b. Requires the Parties to meet and confer within twenty-one (21) days after the issuance of an order by the Court resolving the motions to dismiss the Consolidated Class Action Complaint and propose to the Court a schedule for further proceedings in the Individual Action, including deadlines for the filing of any amendment of and/or response to the Individual Action Complaint or a further deferment of deadlines.

5. In addition, this is the Parties first motion for extension of time concerning the deadlines in the Individual Action, and the proposed extension will not cause excessive delay in the litigation, nor will it unduly prejudice the Parties.[2]

---

[2] Except as expressly set forth herein, nothing in this Agreed-Upon Motion shall be construed as a waiver of any defense available to defendants Teva Pharmaceutical Industries Ltd., Erez Vigodman, Eyal Desheh, or Yaacov "Kobi" Altman, except with regard to the service of the Individual Action Complaint, or of any claim asserted by Plaintiffs.

Respectfully submitted,

| DEFENDANTS TEVA PHARMACEUTICAL INDUSTRIES LIMITED, EREZ VIGODMAN, EYAL DESHEH, and KOBI ALTMAN<br><br>By: __/s/ Jill M. O'Toole__<br>   Jill M. O'Toole (ct27116)<br>   Shipman & Goodwin LLP<br>   One Constitution Plaza<br>   Hartford, Connecticut 06103-1919<br>   Tel.:  (860) 251-5000<br>   Fax:  (860) 251-5218<br>   jotoole@goodwin.com<br><br>OF COUNSEL:<br><br>Koji F. Fukumura (*pro hac vice* motion forthcoming)<br>Peter M. Adams (*pro hac vice* motion forthcoming)<br>Blake Zollar (*pro hac vice* motion forthcoming)<br>Craig Edward TenBroeck (*pro hac vice* motion forthcoming)<br>Cooley LLP<br>4401 Eastgate Mall<br>San Diego, CA  92121-1909<br>Tel.: (858) 550-6000<br>Fax: (858) 550-6420<br>kfukumura@cooley.com<br>padams@cooley.com<br>bzollar@cooley.com<br>ctenbroeck@cooley.com<br><br>*Their Attorneys* | PLAINTIFFS<br><br><br><br>By: __/s/ Paul F. Thomas__<br>   Paul F. Thomas<br>   Duffy Law, LLC<br>   770 Chapel Street, Suite 4F<br>   New Haven, CT 06510<br>   Telephone: (203) 946-2000<br>   Facsimile: (203) 907-1383<br>   paul@duffylawct.com<br>   Federal Bar No.: ct01724<br><br>OF COUNSEL:<br><br>Blair A. Nicholas (*pro hac vice* forthcoming)<br>Jonathan D. Uslaner (*pro hac vice* forthcoming)<br>David R. Kaplan (*pro hac vice* forthcoming)<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130<br>Telephone: (858) 793-0070<br>Facsimile: (858) 793-0323<br>blairn@blbglaw.com<br>jonathanu@blbglaw.com<br>davidk@blbglaw.com<br><br>-and-<br><br>Gerald H. Silk (*pro hac vice* forthcoming)<br>Adam Hollander (ct28069)<br>Scott R. Foglietta (*pro hac vice* forthcoming)<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 554-1400<br>Facsimile:  (212) 554-1444<br>jerry@blbglaw.com<br>adam.hollander@blbglaw.com<br>scott.foglietta@blbglaw.com<br><br>*Their Attorneys* |

## CERTIFICATE OF SERVICE

      I hereby certify that on August 29, 2017, a copy of the foregoing Joint Motion Regarding Upcoming Deadlines was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System

        /s/  Jill M. O'Toole
      Jill M. O'Toole (ct27116)
      SHIPMAN & GOODWIN LLP
      One Constitution Plaza
      Hartford, Connecticut 06103-1919
      Tel.: (860) 251-5000
      Fax: (860) 251-5218
      Email: jotoole@goodwin.com

.