## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| OZ ELS MASTER FUND, LTD., OZ SPECIAL FUNDING (OZMD), L.P., OZ ENHANCED MASTER FUND, LTD., GORDEL CAPITAL LIMITED, OZ GLOBAL EQUITY OPPORTUNITIES MASTER FUND, LTD. (f/k/a OZ EQUITY LONG-SHORT MASTER FUND, LTD.), OZ MASTER FUND, LTD., and OZ GLOBAL SPECIAL INVESTMENTS MASTER FUND, L.P.,<br><br>   Plaintiffs,<br><br>   v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES LIMITED, EREZ VIGODMAN, EYAL DESHEH, YAACOV "KOBI" ALTMAN, and SIGURDUR OLAFSSON,<br><br>   Defendants. | No. 3:17-cv-01314 (SRU)<br><br><br><br><br><br><br><br><br><br><br><br><br><br>October 16, 2019 |

### JOINT STATUS REPORT

Pursuant to this Court's May 10, 2018 Order (ECF No. 42), Plaintiffs OZ ELS Master Fund, Ltd., OZ Special Funding (OZMD), L.P., OZ Enhanced Master Fund, Ltd., Gordel Capital Limited, OZ Global Equity Opportunities Master Fund, Ltd., (f/k/a OZ Equity Long-Short Master Fund, Ltd.), OZ Master Fund, Ltd., and OZ Global Special Investments Master Fund, L.P. and Defendants Teva Pharmaceutical Industries Ltd., Erez Vigodman, Eyal Desheh, Yaacov "Kobi" Altman, and Sigurdur Olafsson (collectively, the "Parties") jointly submit this status report to the Court.  The Parties state as follows:

1.      This Action and 16 other direct and derivative actions pending in this District (the "Related Actions") have been deemed by the Court to be related to the pending putative class

action styled *Ontario Teachers' Pension Plan Board, et al. v. Teva Pharmaceutical Industries Ltd., et al.*, Civil Action No. 3:17-cv-00558 (SRU) (the "*Ontario* Action").

2.      Per this Court's May 10, 2018 Order (ECF No. 42), this Action was stayed pending a decision on the motions to dismiss filed by the defendants in the *Ontario* Action.  The Order required the Parties to meet and confer within twenty-one (21) days of that decision, and propose to the Court a schedule for further proceedings or a further deferment of or motion to stay proceedings.  *Id.*

3.      On September 25, 2019, this Court issued its order on the motions to dismiss in the *Ontario* Action.  (*Ontario*, ECF No. 283 (the "September 25 Order").)

4.      In this Action and the other Related Actions, the parties are currently engaged in meet and confer discussions in an effort to reach an agreement respecting the coordination and scheduling of further proceedings in all cases that will enable this Court and the parties to manage the litigations in an efficient and streamlined manner.

5.      The parties in the *Ontario* Action have conducted the first Rule 26(f) parties' planning conference, and are continuing to confer concerning the items in the Rule 26(f) report to be submitted to the Court.

6.      With the Court's permission, the Parties will submit another joint status update, including a proposal addressing further proceedings in this Action, by the later of November 6, 2019 or two weeks after this Court enters a scheduling order in the *Ontario* Action.

Respectfully submitted,

By: */s/ Paul F. Thomas*
    Paul F. Thomas (ct01724)
    DUFFY LAW, LLC
    129 Church Street, 3rd Floor
    New Haven, CT 06510
    Tel.: (203) 946-2000
    Fax: (203) 907-1383
    paul@duffylawct.com

    Jonathan D. Uslaner (*pro hac vice*)
    BERNSTEIN LITOWITZ BERGER &
    GROSSMAN LLP
    12481 High Bluff Drive, Suite 300
    San Diego, CA 92130
    Tel.: (858) 793-0070
    Fax: (858) 793-0323
    jonathanu@blbglaw.com

    Adam Hollander (ct28069)
    Gerald H. Silk (*pro hac vice*)
    Salvatore J. Graziano (*pro hac vice*)
    Scott R. Foglietta (*pro hac vice*)
    BERNSTEIN LITOWITZ BERGER &
    GROSSMAN LLP
    1251 Avenue of the Americas
    New York, New York 10020
    Tel.: (212) 554-1400
    Fax: (212) 554-1444
    adam.hollander@blbglaw.com
    jerry@blbglaw.com
    salvatore@blbglaw.com
    scott.foglietta@blbglaw.com

    *Counsel for Plaintiffs*

By: */s/ Jill M. O'Toole*
    Jill M. O'Toole (ct27116)
    SHIPMAN & GOODWIN LLP
    One Constitution Plaza
    Hartford, Connecticut 06103-1919
    Tel.: (860) 251-5000
    Fax: (860) 251-5218
    jotoole@goodwin.com

    *Counsel for Defendants*