UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| OZ ELS MASTER FUND, LTD., OZ SPECIAL FUNDING (OZMD), L.P., OZ ENHANCED MASTER FUND, LTD., GORDEL CAPITAL LIMITED, OZ GLOBAL EQUITY OPPORTUNITIES MASTER FUND, LTD. (f/k/a OZ EQUITY LONG-SHORT MASTER FUND, LTD.), OZ MASTER FUND, LTD., and OZ GLOBAL SPECIAL INVESTMENTS MASTER FUND, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICAL INDUSTRIES LIMITED, EREZ VIGODMAN, EYAL DESHEH, YAACOV "KOBI" ALTMAN, and SIGURDUR OLAFSSON, <br><br> Defendants. | No. 3:17-cv-01314 (SRU) <br><br><br><br><br><br><br><br><br><br><br><br> December 2, 2019 |

## JOINT STATUS REPORT

Plaintiffs OZ ELS Master Fund, Ltd., OZ Special Funding (OZMD), L.P., OZ Enhanced Master Fund, Ltd., Gordel Capital Limited, OZ Global Equity Opportunities Master Fund, Ltd., (f/k/a OZ Equity Long-Short Master Fund, Ltd.), OZ Master Fund, Ltd., and OZ Global Special Investments Master Fund, L.P. and Defendants Teva Pharmaceutical Industries Ltd., Erez Vigodman, Eyal Desheh, Yaacov "Kobi" Altman, and Sigurdur Olafsson (collectively, the "Parties") jointly submit this status report to the Court. The Parties state as follows:

1.  This action and 15 other direct actions pending in this District are related to the pending putative class action styled *Ontario Teachers' Pension Plan Board, et al. v. Teva Pharmaceutical Industries Ltd., et al.*, No. 3:17-cv-00558 (SRU) (the "*Ontario* Action").

2. Per this Court's May 10, 2018 Order (ECF No. 42), this Action has been stayed pending a decision on the motions to dismiss of the defendants in the *Ontario* Action. The Order required the Parties to meet and confer within 21 days of that decision, and propose to the Court a schedule for further proceedings or a further deferment of or motion to stay proceedings. (*Id.*)

3. On September 25, 2019, this Court issued its order on the motions to dismiss in the *Ontario* Action. *Ontario*, ECF No. 283 (Sept. 25, 2019) (the "September 25 Order").

4. On October 16, 2019, the Parties submitted a Joint Status Report (ECF No. 48), stating that the Parties were engaged in meet and confer discussions in an effort to reach an agreement respecting the coordination and scheduling of further proceedings in all cases that would enable this Court and the parties to manage the related actions in an efficient and streamlined manner. The Parties then committed to providing the Court with a subsequent status report by two weeks after the Court entered a scheduling order in the *Ontario* Action.

5. On November 18, 2019, the Court issued a Civil Case Management Order in the *Ontario* Action requiring that the parties in the *Ontario* Action "make submissions regarding the consolidation of [the *Ontario* Action] and the 19 other related actions," including this action, "no later than December 13, 2019." *Ontario*, ECF No. 298 (Nov. 18, 2019).

6. Consistent with the Parties' October 16, 2019 Joint Status Report and the Court's November 18, 2019 Civil Case Management Order in the *Ontario* Action, the Parties state that they, and the parties in the other related actions, are engaged in meet and confer discussions in an effort to reach an agreement respecting the consolidation, coordination, and scheduling of further proceedings in all cases that will enable this Court and the parties to manage the related actions in an efficient and streamlined manner, and that the Parties will "make submissions regarding []

consolidation" of the related cases by no later than December 13, 2019.  *Ontario*, ECF No. 298 (Nov. 18, 2019).

|  |  |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| By: */s/ Paul F. Thomas*___<br>Paul F. Thomas (ct01724)<br>DUFFY LAW, LLC<br>129 Church Street, 3rd Floor<br>New Haven, CT 06510<br>Tel.: (203) 946-2000<br>Fax: (203) 907-1383<br>paul@duffylawct.com<br><br>Jonathan D. Uslaner (*pro hac vice*)<br>BERNSTEIN LITOWITZ BERGER &<br>GROSSMAN LLP<br>2121 Avenue of the Stars, Suite 2575<br>Los Angeles, CA 90067<br>Tel.: (310) 819-3472<br>Fax: (858) 793-0323<br>jonathanu@blbglaw.com<br><br>Adam Hollander (ct28069)<br>Gerald H. Silk (*pro hac vice*)<br>Salvatore J. Graziano (*pro hac vice*)<br>Scott R. Foglietta *(pro hac vice)*<br>BERNSTEIN LITOWITZ BERGER &<br>GROSSMAN LLP<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Tel.: (212) 554-1400<br>Fax: (212) 554-1444<br>adam.hollander@blbglaw.com<br>jerry@blbglaw.com<br>salvatore@blbglaw.com<br>scott.foglietta@blbglaw.com<br><br>*Counsel for Plaintiffs* | By: */s/ Jill M. O'Toole*___<br>Jill M. O'Toole (ct27116)<br>SHIPMAN & GOODWIN LLP<br>One Constitution Plaza<br>Hartford, Connecticut 06103-1919<br>Tel.: (860) 251-5000<br>Fax: (860) 251-5218<br>jotoole@goodwin.com<br><br>*Counsel for Defendants* |