## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| OZ ELS MASTER FUND, LTD., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES LIMITED, *et al.*,<br><br>Defendants. | No. 3:17-cv-01314 (SRU)<br><br><br><br><br><br><br><br>December 13, 2019 |

### DEFENDANTS' MOTION TO CONSOLIDATE RELATED ACTIONS

Pursuant to the Court's November 18, 2019 Civil Case Management Order in the action styled *Ontario Teachers' Pension Plan Board, et al. v. Teva Pharmaceutical Industries Ltd., et al.*, No. 3:17-cv-00558 (SRU) (the "*Ontario* Action") and Fed. R. Civ. P. 42(a), Defendants hereby move to consolidate for pre-trial purposes this action with the *Ontario* Action.  For the reasons set forth in the Joint Motion to Consolidate Related Actions filed today in the *Ontario* Action (*Ontario*, ECF No. 311) and further papers filed therein, which are attached as Exhibit 1 and incorporated herein by reference, Defendants submit that consolidating for pretrial purposes the sixteen Teva-related U.S. individual actions pending in this District in the manner set forth in the Proposed Order attached as Exhibit B to Exhibit 1 will enable this Court and the parties to efficiently manage the related actions, avoid duplicative and expensive discovery efforts and disputes, and preserve judicial and party resources.  Indeed, counsel for Plaintiffs in this action was lead counsel in the WorldCom action.  *See Ontario*, ECF No. 311, Ex. C at 1 (Bernstein Litowitz Berger & Grossmann LLP served as co-lead counsel).  Accordingly, Defendants respectfully request the entry of an Order in the form of the Proposed Order at Exhibit B,

ORAL ARGUMENT NOT REQUESTED

provided that this action is included among the actions that are consolidated with the *Ontario Action*.[1]

Respectfully submitted,

DEFENDANTS TEVA PHARMACEUTICAL
INDUSTRIES LIMITED, EREZ VIGODMAN,
EYAL DESHEH, YAACOV "KOBI"
ALTMAN, and SIGURDUR OLAFSSON

By: */s/ Jill M. O'Toole*
  Jill M. O'Toole (ct27116)
  SHIPMAN & GOODWIN LLP
  One Constitution Plaza
  Hartford, CT 06103-1919
  Tel.: (860) 251-5000
  Fax: (860) 251-5218
  Email: jotoole@goodwin.com

*Counsel for Defendants*

---

[1] Lead counsel for Defendants in the Ontario Action is not counsel of record in this action.  Though this action is not included in the relief sought in the Ontario Action, Defendants respectfully request that this action be consolidated with the Ontario Action along with the other individual actions pending in this District.